*Eric H. Green*
Alane Gextler *
---
Paul Ehrlich **
Elliot Pasik
Hiram Raldoris
---
Gary Knugel

Of Counsel

* Also admitted in New Jersey
** Also admitted in Mass.
*** Also admitted in C.T.

# Eric H. Green
## Attorney at Law
295 Madison Avenue
19th Floor
New York, N.Y. 10017
(212) 532-2450

Fax: (212) 532-0117
Not for Service of Legal Papers

Long Island Office
(516) 794-2750

Brooklyn Office
(718) 387-1200

Via Fax Only: (914) 390-4085

September 12, 2007

Hon Charles Brieant
U.S. District Court
300 Quarropas Street
White Plains, New York 10601
Attention:   Alice Cama
             Courtroom Deputy

Re:   Epter v. Hyatt Regency
      07 Civ. 3781 (Judge Brieant)

Dear Ms. Cammer:

This will confirm that the scheduling conference for Friday, September 14, 2007, has been adjourned on consent of all counsel and the court to Friday, September 21, 2007 at 9:00 a.m. at the White Plains Courthouse.

Respectfully submitted,

Elliot B. Pasik

copy:   Jones Hirsch Connors & Bull
        One Battery Park Plaza
        New York, New York 10004
        Attention: Kevin O'Keefe, Esq.
        Via Fax Only: (212) 527-1680