**EXHIBIT B**



Hyatt Regency Jersey City on the Hudson
2 Exchange Place
Jersey City, NJ 07302 USA
201.469.1234
FAX: 201.432.4991

Guest Account

| Room | Rate | Arrive | Depart | Folio No. | Account | Affiliation | FF | ID | Page |
|---|---|---|---|---|---|---|---|---|---|
| 765 | 189.00 | 09/30/06 | 10/01/06 | 362434 | 2 CCARD | 2-TOAL | 11 | PMR | 1 |
| EPTER | | WILLIAM | | | | | 02:28 | RAC | 2/0 |
| 15 NEUSTADT LN | | | ** DEPARTED ** | | | | | | |
| CHAPPAQUA | | | NY 105143804 | | | | | | |
| RES NO: HH-266681-1 | | SPIRIT: 56334671 | | -01 | | XXXXXXXXXXX4000 | | | XX/XX |

| Date | Code | Reference | ID | Description | Charges | Credits | Balance |
|---|---|---|---|---|---|---|---|
| 0930 | 211 | 1647 | 211 | VU B-FAST | 12.94 | | 12.94 |
| 0930 | 112 | Rm 765 | CLS | GROUP ROOM | 189.00 | | 201.94 |
| 0930 | 812 | Rm 765 | CLS | *OCCUPANCY TAX | 11.34 | | 213.28 |
| 0930 | 813 | Rm 765 | CLS | *OTH STATE TAX | 1.89 | | 215.17 |
| 0930 | 811 | Rm 765 | CLS | *ROOM TAX | 13.23 | | 228.40 |
| 1001 | 931 | ExXX/XX | PMR | XXXXXXXXXXX4000 | | -228.40 | .00 |
| | | | | TOTAL | | | .00 |

AMERICAN EXPRESS      2290281484

Your account (G30024374E) will be credited for all eligible charges: * indicates an ineligible charge.

_____
Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.