STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

    PAULETTE TIMMONS, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Kings County, New York.

    On February 25, 2008, deponent served the within RULE 26(a) INITIAL DISCLOSURES UPON:

    ERIC H. GREEN, ESQ.
    Attorney for Plaintiffs
    295 Madison Avenue
    New York, New York  10017
    (212) 532-2450

at the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                              _____
                                              PAULETTE TIMMONS

Sworn to before me this
25th day of February, 2008

_____
NOTARY PUBLIC

                                    KATINA DESPAS
                              Notary Public, State of New York
                                  No. 02DE6008773
                              Qualified in Nassau County
                              Commission Expires June 15, 2008