

HUB International Northeast

100 Sunnyside Blvd, Suite A
Woodbury, NY 11797
Office 516/496-7600
Fax 516/496-4040

www.hubinternational.com

Via Fax: 914 390 4085

March 13, 2008

Federal Judge Charles L. Brieant
United States District Court
Southern District of New York
White Plains, New York

RE: **Conference of March 14, 2008 at 9:00am**

**Case # 07 Civ.3781**

Third Party Summons in A Civil Action
Plaintiff Carolyn Epter & Bill Epter
VS Hyatt Corporation
VS Yipee, Inc.

Your Honor,

Please be advised that Hub International Northeast is the insurance broker for the Yipee, Inc. The above captioned law suit was just delivered to my attention at 3:30 pm on March 13, 2008. These papers were immediately submitted to the insurance carrier - CNA Insurance Co.

I do not believe that the insurance carrier will be able to have counsel representing Yipee, Inc. at the 9:00 am conference on such short notice.

As soon as counsel is assigned by the carrier they will be in contact with your office.

Please call my office in the event of any questions.

Very truly yours,
HUB International Northeast

Joanne Hopkins
Supervisor, Claim Department
Direct Dial # 516-677-4763
Fax # 516 677 4703
joanne.hopkins@hubinternational.com

CC: Kevin P. O'Keefe Esq.
Jones Hirsch Connors & Bull PC
One Battery Park Plaza
New York, New York 10004

Via Fax: 212 527 1680