```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
CAROLYN EPTER and BILL EPTER,                STIPULATION

                Plaintiffs,          07 Civ. 3781 (CLB)(GAY)

        - against -

HYATT CORPORATION,

                Defendant.
---------------------------------x
HYATT CORPORATION,

        Third-Party Plaintiff,


        - against -

YIPEEE, INC. and HOSPITALITY
MARKETING GROUP, LLC,

        Third-Party Defendants.

---------------------------------x
```

**IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for the respective parties hereto that this action be removed and remanded to the Supreme Court of the State of New York, County of New York, 60 Centre Street, New York New York 10007.

Dated: New York, New York
       January 8, 1997

| | |
|---|---|
| ERIC H. GREEN, ESQ.<br>Attorney for Plaintiffs<br>CAROLYN EPTER and BILL EPTER | JONES HIRSCH CONNORS &<br>BULL P.C.<br>Attorneys for defendant/<br>third-party plaintiff<br>HYATT CORPORATION |
| By: _/s/_<br>STEVEN HOFFMAN (SH 2541)<br>295 Madison Avenue<br>New York, NY 10017 | By: _/s/ Kevin P O'Keefe_<br>KEVIN P. O'KEEFE (KPO 5158)<br>One Battery Park Plaza<br>New York, NY 10004 |

LAW OFFICE OF
LORI D. FISHMAN
Attorney for
third-party defendants
YIPEEE, INC. and HOSPITALITY
MARKETING GROUP, LLC,


By: _____
     LOUIS H. LIOTTI (LHL    )
303 S. Broadway, Suite 435
Tarrytown, NY 10591

SO-ORDERED: May 27, 2008

_____
       U.S.D.J.